IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| FRANCIS BARRIENTOS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 1:23-CV-06329 |
| v. | ) | |
| | ) | Judge Steven C. Seeger |
| FITNESS MEMBER SERVICES, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**<u>JOINT STATUS REPORT</u>**

Pursuant to the Court's Order of January 31, 2025 (ECF #35), the Parties submit the following status report.

1. The Parties have reached an agreement to settle this matter and have agreed to the terms of a Settlement Agreement. The Settlement Agreement is in the process of being executed by the Parties.

2. Since the Parties have reached an agreement to settle this matter there will be no need for any discovery.

3. Pursuant to the terms of the Settlement Agreement, Plaintiff will be submitting a Stipulation to Dismiss, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), dismissing this action with prejudice and without costs by the end of February 2025.

4907-2978-0503.1

Respectfully submitted,

| **PLAINTIFF** | **DEFENDANT** |
|---|---|
| **FRANCIS BARRIENTOS** | **FITNESS MEMBER SERVICES, LLC** |
| /s/Jeffrey D. Kaliel (with permission) | /s/ Bart T. Murphy |
| By: Jeffrey D. Kaliel, Esq. | By: Bart T. Murphy, Esq. (6181178) |
| *One of his attorneys* | *One of its attorneys* |
| Jeffrey D. Kaliel | Bart T. Murphy |
| KalielGold PLLC | Ice Miller LLP |
| 1100 15th St. NW | 200 W. Madison St., Ste. 3500 |
| Washington, DC 20005 | Chicago, IL 60606 |
| Tel: 202-280-4783 | Tel: 630-955-6392 |
| jkaliel@kalielgoldpllc.com | bart.murphy@icemiller.com |

4907-2978-0503.1